# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
RUBIN, RAMON                              §    Case No. 11-26940
RUBIN, MARIA                              §
                                          §
                                          §
            Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was              and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $              , for a total compensation of $           [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $         , for total expenses of $           [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg, Trustee_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - RAMON & MARIA RUBIN
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-26940 | MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | RUBIN, RAMON | | | Date Filed (f) or Converted (c): | 06/29/11 (f) |
| | RUBIN, MARIA | | | 341(a) Meeting Date: | 08/15/11 |
| For Period Ending: | 07/06/12 | | | Claims Bar Date: | 12/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 651 Lake Plumleigh Way Algonquin, IL 60102 | 199,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account: Location: Harris Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account: Credit Union Location: Health Car | 500.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account: Credit Union Location: Health Car | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods and Furniture | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 7. Retirement: 401K Advocate Good Shepherd | 39,217.90 | 0.00 | | 0.00 | FA |
| 8. Retirement: Advocate Health System Pension Plan | 18,298.98 | 0.00 | | 0.00 | FA |
| 9. Retirement: Advocate Good Shepherd Hospital 401K | 11,969.65 | 0.00 | | 0.00 | FA |
| 10. Retirement: 401K Advocate Health Systems | 2,819.74 | 0.00 | | 0.00 | FA |
| 11. Auto: Honda Odyssey 2006 | 13,475.00 | 0.00 | | 15,000.00 | FA |
| 12. Auto: Toyota Camry 2007 | 13,175.00 | 0.00 | | 0.00 | FA |
| 13. Timeshare: 45 Hillman Road,Lake Delton,Wisconsin 5 | 9,964.97 | 0.00 | | 0.00 | FA |

FORM 1 - RAMON & MARIA RUBIN
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

| Case No: | 11-26940 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RUBIN, RAMON | | Date Filed (f) or Converted (c): | 06/29/11 (f) |
| | RUBIN, MARIA | | 341(a) Meeting Date: | 08/15/11 |
| | | | Claims Bar Date: | 12/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.18 | FA |
| TOTALS (Excluding Unknown Values) | $310,721.24 | $0.00 | | $15,000.18 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to this Court's order dated October 20, 2011, Trustee settled with the Debtors to recover the Estate's interest

in certain vehicles; as a result, the Trustee recovered net proceeds of $12,000; the claims bar date expired on

December 28, 2011, Trustee will review claims and resolve any issues; thereafter, the Trustee will prepare her TFR

Initial Projected Date of Final Report (TFR): 04/15/12    Current Projected Date of Final Report (TFR): 04/15/12

/s/    Elizabeth C. Berg, Trustee
_____    Date: 07/06/12
ELIZABETH C. BERG, TRUSTEE

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                    Ver: 16.05c

FORM 2          RAMON RUBIN & MARIA RUBIN

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-26940 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | RUBIN, RAMON | | Bank Name: | Bank of America, N.A. |
| | RUBIN, MARIA | | Account Number / CD #: | *******4345  Money Market Account |
| Taxpayer ID No: | *******4701 | | | |
| For Period Ending: | 07/06/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  10/31/11 | 11 | CarMax, Inc.<br>250 East Golf Road<br>Schaumburg  IL  60173 | Sale of Motor Vehicle | 1129-000 | 15,000.00 | | 15,000.00 |
| C  11/01/11 | | Transfer to Acct #*******4358 | Bank Funds Transfer<br>Transfer funds to pay Debtors' exemption in Odyssey | 9999-000 | | 3,000.00 | 12,000.00 |
| C  11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 12,000.09 |
| C  11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 13.93 | 11,986.16 |
| C  12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 11,986.25 |
| C  12/29/11 | | Transfer to Acct #*******2707 | Bank Funds Transfer | 9999-000 | | 11,986.25 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 15,000.18 | 15,000.18 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 14,986.25 | |
| Subtotal | 15,000.18 | 13.93 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,000.18 | 13.93 | |

Page Subtotals          15,000.18          15,000.18

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                    Ver: 16.05c

LFORM24

**FORM 2 - RAMON & MARIA RUBIN**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-26940 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RUBIN, RAMON | | Bank Name: | Bank of America, N.A. |
| | RUBIN, MARIA | | Account Number / CD #: | *******4358  Checking Account |
| Taxpayer ID No: | *******4701 | | | |
| For Period Ending: | 07/06/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  11/01/11 | | Transfer from Acct #*******4345 | Bank Funds Transfer<br>Transfer funds to pay Debtors' exemption in Odyssey | 9999-000 | 3,000.00 | | 3,000.00 |
| C  11/01/11 | 001001 | Ramon & Maria Rubin<br>651 Plumleigh Way<br>Algonquin IL  60102 | Debtors' Exemption<br>2006 Honda Odyssey | 8100-002 | | 3,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,000.00 | 3,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 3,000.00 | 0.00 | |
| Subtotal | 0.00 | 3,000.00 | |
| Less:  Payments to Debtors | | 3,000.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals        3,000.00        3,000.00

FORM 2 — RAMON & MARIA RUBIN

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-26940 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RUBIN, RAMON | | Bank Name: | Congressional Bank |
| | RUBIN, MARIA | | Account Number / CD #: | *******2707 Checking Account |
| Taxpayer ID No: | *******4701 | | | |
| For Period Ending: | 07/06/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 12/29/11 | | Transfer from Acct #*******4345 | Bank Funds Transfer | 9999-000 | 11,986.25 | | 11,986.25 |
| C 02/21/12 | 003001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Trustee Bond Annual Premium<br>Blanket Bond #016026455<br>Chicago NDIL | 2300-000 | | 16.67 | 11,969.58 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,986.25 | 16.67 | 11,969.58 |
| Less: Bank Transfers/CD's | 11,986.25 | 0.00 | |
| Subtotal | 0.00 | 16.67 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 16.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******4345 | 15,000.18 | 13.93 | 0.00 |
| Checking Account - *******4358 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******2707 | 0.00 | 16.67 | 11,969.58 |
| | 15,000.18 | 30.60 | 11,969.58 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 11,986.25 16.67

| | | EXHIBIT C - RUBIN | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 06, 2012 |

Case Number: 11-26940  
Debtor Name: RUBIN, RAMON

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,950.00 | $0.00 | $1,950.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,835.00 | $0.00 | $1,835.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $16.67 | $16.67 | $0.00 |
| 000001<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>BK of America NA USA and<br>MBNA America BK NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $7,018.36 | $0.00 | $7,018.36 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>BK of America NA USA and<br>MBNA America BK NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $5,199.57 | $0.00 | $5,199.57 |
| 000003<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $493.83 | $0.00 | $493.83 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $20,601.75 | $0.00 | $20,601.75 |
| | Case Totals: | | | $37,115.18 | $16.67 | $37,098.51 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                                  Exhibit D

Case No.: 11-26940
Case Name: RUBIN, RAMON
              RUBIN, MARIA
Trustee Name: Elizabeth C. Berg, Trustee

        Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses        $_____
      Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000003 | American Express Centurion Bank | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE