UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-26940 |
| Ramon and Maria Rubin, | ) | |
| | ) | Honorable Manuel Barbosa |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: September 13, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:   Estate

Date of Appointment:        June 29, 2011

Period for Which
Compensation is sought:     June 29, 2011 to Close of Case

Amount of Fees sought:      $1,950.00

Amount of Expense
Reimbursement sought:       $0.00

This is an:    Interim Application __     Final Application  _X__

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00   .

Dated: July 16, 2012              Elizabeth C. Berg, Trustee of the Estate of
                                         Ramon & Maria Rubin, Debtors


                                  By:      /s/Elizabeth C. Berg, Trustee
                                         Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-26940 |
| Ramon and Maria Rubin, | ) | Hon. Manuel Barbosa |
| | ) | Hearing Date: September 13, 2012 |
| Debtors. | ) | Hearing Time: 10:00 A.M. |

**Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Ramon and Maria Rubin, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,950.00 as final compensation for her services rendered as trustee in this case from June 29, 2011 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on June 29, 2011 by the filing of a voluntary petition for relief under chapter 7 of the Code. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The sole asset of this Estate was Debtors' non-exempt interest in their 2006 Honda Odyssey with 55,000 miles ("Vehicle").

4. The bar date for filing claims in this case was December 28, 2011.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

## Services Rendered by Trustee

7. Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate with a total value of $2,563.00. Itemized billing statements describing the Trustee's services from June 29, 2011 through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities, the Debtor's Statements of Financial Affairs and conducted an examination of the Debtor pursuant to Section 341 of the Code;

B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. Trustee prepared the semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

## Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $15,000.00 on behalf of the Estate. Trustee has made $3,000.00 in disbursements in this case as of the date hereof.

9. A copy of the *Form I Individual Estate Property Record and Report* showing the disposition of the assets of this Estate is attached to Trustee's Final Report as Exhibit B.

**Compensation Requested**

10. During the period covered by this Application, Trustee has spent 12.40 hours rendering services on behalf of this Estate with a value of $2,563.00.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $1,950.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $7,000.00 | $   700.00 |
| Total allowable compensation | $ 1,950.00 |

12. Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for her services rendered as trustee from in the amount of $1,950.00. This amount represents reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit C.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

15. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

16. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys are being filed concurrently herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate Ramon and Maria Rubin, debtors, requests the entry of an order providing the following:

A. Allowing and authorizing payment to Trustee of final compensation in the amount of $1,950.00 for her actual and necessary professional services rendered and to be rendered on behalf of this Estate ; and

B. For such other and further relief as this Court deems appropriate.

Dated: July 16, 2012        Elizabeth C. Berg, as trustee of the estate
                            of Ramon and Maria Rubin, debtor


By:_____/s/_____
        Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.   Suite 1500
Chicago, IL 60603   (312) 726-8150

4