UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-26940 |
| Ramon and Maria Rubin, | ) | |
| | ) | Honorable Manuel Barbosa |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: September 13, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:    Baldi Berg & Wallace, Ltd.

Authorized to Provide
Professional Services to:    Attorneys for Trustee

Date of Order Authorizing
Employment:    October 20, 2011

Period for Which
Compensation is sought:    October 20, 2011 to Close of Case

Amount of Fees sought:    $1,850.00

Amount of Expense
Reimbursement sought:    $0.00

This is an:    Interim Application __    Final Application _X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00   .

Dated:  July 16, 2012                Elizabeth C. Berg, Trustee of the Estate of
                                     Ramon & Maria Rubin, Debtors


                                     By:     /s/Elizabeth C. Berg, Trustee
                                            Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | Case No. 11-26940 |
| Ramon & Maria Rubin ) | | Hon. Manuel Barbosa |
| ) | | Hearing Date: September 13, 2012 |
| Debtors. ) | | Time: 10:00 A.M. |

**Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd. ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Ramon & Maria Rubin, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BBW of $1,850.00 as final compensation 11.0 hours of legal services rendered to the Trustee from September 23, 2011 through the close of this case. In support thereof, BBW respectfully states as follows:

**Introduction**

1. Debtors commenced this case on June 29, 2011 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's primary asset was the Debtor's interest in a 2006 Honda Odyssey with 55,000 miles ("Vehicle").

4. The bar date for filing claims in this case was December 28, 2011

**Retention of BBW**

5. On October 20, 2011 the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of BBW as her counsel in this case. A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BBW attorneys and

paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorney and paralegals who are primarily responsible for representing the Trustee during the period covered by this fee application are:

> Elizabeth C. Berg - Partner
> Ricki K. Podorovsky – Paralegal
> Jason M. Manola – Paralegal

**Prior Compensation Received**

7.  This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

**Services Rendered by BBW**

8.  Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.  The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.  The services provided by BBW have been segregated into three categories. Summarized below by category are the services rendered by BBW during the period covered by this Application:

<u>General Administration</u>:    BBW advised Trustee as to general case administration matters including, advising the Trustee as to the Estate's interest in the personal property, reviewing and analyzing documents related to the vehicle, as well drafting a Motion to Approve Compromise or Settlement with the Debtors.

In connection with the foregoing, BBW spent 6.5 hours for which it requests allowance and payment of final compensation in the amount of $1,357.00

<u>Retention of Professionals</u>:    BBW prepared and presented Trustee's Motion to Employ Attorneys.

In connection with the foregoing, BBW spent 0.7 hours for which it requests allowance and payment of final compensation in the amount of $155.00.

<u>Case Closing</u>: BBW prepared Trustee's Final Fee Application and Attorney's Final Fee Application in accordance with the Trustee's Final Report.

In connection with the foregoing, BBW spent 3.8 hours for which it requests allowance and payment of final compensation in the amount of $323.00.

**Compensation Requested**

10.    BBW has expended a total of 11.0 hours for the services described and categorized in paragraph nine above.  The total value of and the amount of compensation requested herein for those services is 1,850.00

11.    All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee.  Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW' services are compensable and the compensation requested herein is fair and reasonable.  There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested.  In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.    The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained

in the billing statements attached hereto as Exhibit C.

## Payment of Compensation

13. BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

14. BBW has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

## Status of the Case

17. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed her Final Report simultaneously herewith. A final fee application for the Trustee has also been filed concurrently with this Application.

## Financial Condition of the Case

19. Trustee currently has approximately $11,969.58 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the

United States Bankruptcy Court.

20. Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to general unsecured creditors in this case.

### Trustee's Approval

21. BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, BBW, attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A. Allowing to BBW final compensation in the amount of $1,850.00 for actual and necessary professional services rendered to the Trustee from September 23, 2011 through the closing of this case;

B. For such other and further relief as this Court deems appropriate.

Dated: July 16, 2012                                Baldi Berg & Wallace, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the estate of Ramon & Maria Rubin, debtors

By:_____/s/_____
         Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St.   Suite 1500
Chicago  IL  60603
312.726.8150`

5