UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUBIN, RAMON | § | Case No. 11-26940 |
| RUBIN, MARIA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
        10:00 a.m.
        on September 13, 2012
        in Courtroom 250 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                                               Clerk of the US Bankruptcy Court

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RUBIN, RAMON § Case No. 11-26940
RUBIN, MARIA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,000.18 |
| and approved disbursements of | $ | 3,030.60 |
| leaving a balance on hand of[1] | $ | 11,969.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 1,835.00 | $ 0.00 | $ 1,835.00 |
| Other: International Sureties, Ltd. | $ 16.67 | $ 16.67 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,785.00 |
| Remaining Balance | | $ | 8,184.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,313.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 7,018.36 | $ 0.00 | $ 1,724.30 |
| 000002 | FIA CARD SERVICES, N.A. | $ 5,199.57 | $ 0.00 | $ 1,277.45 |
| 000003 | American Express Centurion Bank | $ 493.83 | $ 0.00 | $ 121.32 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 20,601.75 | $ 0.00 | $ 5,061.51 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,184.58 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Elizabeth C. Berg
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-26940-MB
Ramon Rubin                                                     Chapter 7
Maria Rubin
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina            Page 1 of 2                  Date Rcvd: Aug 17, 2012
                              Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2012.
db/jdb       +Ramon Rubin,    Maria Rubin,   651 Lake Plumleigh Way,   Algonquin, IL 60102-5017
aty          +Baldi Berg & Wallace, Ltd,   19 S LaSalle St.,,   Suite 1500,   Chicago, IL 60603-1413
17480253     +American Express,    P.O. Box 981537,   El Paso, TX 79998-1537
17480254     +American Express,    Box 0001,   Los Angeles, CA 90096-8000
17936404      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17480258      Bank of America- Amway,   P.O. Box 851001,   Dallas, TX 75285-1001
17480259     +Citicards,   Po Box 6241,   Sioux Falls, SD 57117-6241
17480260     +Citicards,   Box 6500,   Sioux Falls, SD 57117-6500
17889732      FIA CARD SERVICES, N.A.,    BK of America NA USA and,   MBNA America BK NA,   PO Box 15102,
               Wilmington, DE 19886-5102
17480262     +Kane County Treasurer,   P.O. Box 4025,   Geneva, IL 60134-4025
17480263     +Statebridge,   4600 South Syracuse Street,   Denver, CO 80237-2769
17480264     +Toyota Motor Credit,   1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
17480265     +Wyndham Vo,   10750 W. Charleston Blvd,   Las Vegas, NV 89135-1048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17480255      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 18 2012 00:49:55    American Honda Finance,
               2170 Point Blvd Ste 100,   Elgin, IL 60123
17480261     +E-mail/Text: collections@hacu.org Aug 18 2012 00:55:22    Healthcare Assoc Credit Union,
               1151 E Warrenville Rd,   Naperville, IL 60563-9415
18249938     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 18 2012 00:47:25
               PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17480257*    +Bank Of America,   P.O.Box 17054,   Wilmington, DE 19850-7054
17480256    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Aug 17, 2012
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2012 at the address(es) listed below:
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth Berg ecberg@ameritech.net
              James E. Trausch    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
               Association as grantor trustee of the Protium Master Grantor Trust as Servicer for Statebridge
               Company, LLC atalty@jtolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roxanna  Hipple    on behalf of Debtor Ramon Rubin rhipple@sprynet.com,   rhipple62@gmail.com
                                                                                             TOTAL: 5