UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RUBIN, RAMON | § | Case No. 11-26940 MB |
| RUBIN, MARIA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/Elizabeth C. Berg, Trustee _____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ramon & Maria Rubin |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL 60123 |  |  |  |  |  |
|  | Creditor #: 2 Statebridge 4600 South Syracuse Street Denver, CO 80237 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 3 Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | | | | |
| | Creditor #: 4 Wyndham Vo 10750 W. Charleston Blvd Las Vegas, NV 89135 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| INTL SURETIES | | | | | |
| Bank of America, N.A. | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Kane County Treasurer P.O. Box 4025 Geneva, IL 60134 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 American Express P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Creditor #: 2 Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 3 Bank Of America P.O.Box 17054 Wilmington, DE 19850 | | | | | |
| | Creditor #: 4 Citicards Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Creditor #: 5 Healthcare Assoc Credit Union 1151 E Warrenville Rd Naperville, IL 60563 | | | | | |
| 000003 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1 - RAMON & MARIA RUBIN**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-26940   MB   Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | RUBIN, RAMON | Date Filed (f) or Converted (c): | 06/29/11 (f) |
| | RUBIN, MARIA | 341(a) Meeting Date: | 08/15/11 |
| For Period Ending: | 12/12/12 | Claims Bar Date: | 12/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>651 Lake Plumleigh Way Algonquin, IL 60102 | 199,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account<br>Harris Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account<br>Credit Union Location: Health Care Associates Credit Union | 500.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account<br>Credit Union Location: Health Care Associates Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Pension, Retirement, Profit Sharing<br>401K Plan -- Advocate Good Shepherd | 39,217.90 | 0.00 | | 0.00 | FA |
| 8. Pension, Retirement, Profit Sharing<br>Retirement: Advocate Health System Pension Plan | 18,298.98 | 0.00 | | 0.00 | FA |
| 9. Pension, Retirement, Profit Sharing<br>Retirement: Advocate Good Shepherd Hospital 401K | 11,969.65 | 0.00 | | 0.00 | FA |
| 10. Pension, Retirement, Profit Sharing | 2,819.74 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.05c

FORM 1 - RAMON & MARIA RUBIN
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-26940 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | RUBIN, RAMON | | Date Filed (f) or Converted (c): | 06/29/11 (f) |
| | RUBIN, MARIA | | 341(a) Meeting Date: | 08/15/11 |
| | | | Claims Bar Date: | 12/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Retirement: 401K Advocate Health Systems | | | | | |
| 11. Vehicles<br>Auto: Honda Odyssey 2006 | 13,475.00 | 0.00 | | 15,000.00 | FA |
| 12. Vehicles<br>Auto: Toyota Camry 2007 | 13,175.00 | 0.00 | | 0.00 | FA |
| 13. Timeshare: 45 Hillman Road,Lake Delton,Wisconsin 5 | 9,964.97 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.18 | FA |

TOTALS (Excluding Unknown Values)   $310,721.24   $0.00   $15,000.18

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled with the Debtors to recover the Estate's interest in two motor vehicles and recovered net proceeds of
$12,000; Trusted reviewed claims, filed final report and made final distribtuion to creditors in August, 2012.   Will
file final distribution report and close case.

Initial Projected Date of Final Report (TFR): 04/15/12      Current Projected Date of Final Report (TFR): 04/15/12

     /s/     Elizabeth C. Berg, Trustee

LFORM1                                                                                                                   Ver: 16.05c
UST Form 101-7-TDR (5/1/2011) (Page: 8)

**FORM 1 - RAMON & MARIA RUBIN**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | |
|---|---|
| Case No: | 11-26940    MB    Judge: MANUEL BARBOSA |
| Case Name: | RUBIN, RAMON |
| | RUBIN, MARIA |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 06/29/11 (f) |
| 341(a) Meeting Date: | 08/15/11 |
| Claims Bar Date: | 12/28/11 |

_____   Date: 12/12/12
   ELIZABETH C. BERG, TRUSTEE

FORM 2 - RAMON & MARIA RUBIN

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-26940 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RUBIN, RAMON | | Bank Name: | Bank of America, N.A. |
| | RUBIN, MARIA | | Account Number / CD #: | *******4345 Money Market Account |
| Taxpayer ID No: | *******4701 | | | |
| For Period Ending: | 12/12/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 10/31/11 | 11 | CarMax, Inc.<br>250 East Golf Road<br>Schaumburg IL 60173 | Sale of Motor Vehicle | 1129-000 | 15,000.00 | | 15,000.00 |
| C t 11/01/11 | | Transfer to Acct #*******4358 | Bank Funds Transfer<br>Transfer funds to pay Debtors' exemption in Odyssey | 9999-000 | | 3,000.00 | 12,000.00 |
| C 11/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,000.09 |
| C 11/30/11 | | Bank of America, N.A. | Bank Service Fee | 2600-000 | | 13.93 | 11,986.16 |
| C 12/29/11 | INT | Bank of America, N.A. | Interest Received from Bank | 1270-000 | 0.09 | | 11,986.25 |
| C t 12/29/11 | | Transfer to Acct #*******2707 | Bank Funds Transfer | 9999-000 | | 11,986.25 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 15,000.18 | 15,000.18 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 14,986.25 | |
| Subtotal | | 15,000.18 | 13.93 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 15,000.18 | 13.93 | |

\* Reversed
t  Funds Transfer
C  Bank Cleared

Page Subtotals    15,000.18    15,000.18

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Page: 2

Exhibit 9

**FORM 2 — RAMON & MARIA RUBIN**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-26940 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | RUBIN, RAMON | Bank Name: | Bank of America, N.A. |
|  | RUBIN, MARIA | Account Number / CD #: | *******4358  Checking Account |
| Taxpayer ID No: | *******4701 |  |  |
| For Period Ending: | 12/12/12 | Blanket Bond (per case limit): | $  100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| C t  11/01/11 |  | Transfer from Acct #*******4345 | Bank Funds Transfer<br>Transfer funds to pay Debtors' exemption in Odyssey | 9999-000 | 3,000.00 |  | 3,000.00 |
| C  11/01/11 | 001001 | Ramon & Maria Rubin<br>651 Plumleigh Way<br>Algonquin IL 60102 | Debtors' Exemption<br>2006 Honda Odyssey | 8100-002 |  | 3,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,000.00 | 3,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 3,000.00 | 0.00 |
| Subtotal | 0.00 | 3,000.00 |
| Less: Payments to Debtors |  | 3,000.00 |
| Net | 0.00 | 0.00 |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals  3,000.00  3,000.00

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2 - RAMON & MARIA RUBIN

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-26940 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | RUBIN, RAMON | Bank Name: | Congressional Bank |
| | RUBIN, MARIA | Account Number / CD #: | *******2707 Checking Account |
| Taxpayer ID No: | *******4701 | | |
| For Period Ending: | 12/12/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 12/29/11 | | Transfer from Acct #*******4345 | Bank Funds Transfer | 9999-000 | 11,986.25 | | 11,986.25 |
| C 02/21/12 | 003001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Blanket Bond #016026455 Chicago NDIL | 2300-000 | | 16.67 | 11,969.58 |
| C 09/14/12 | 003002 | Elizabeth C. Berg, Trustee c/o Baldi Berg & Wallace 19 S. LaSalle St. #1500 Chicago IL 60603 | Trustee Final Compensation | 2100-000 | | 1,950.00 | 10,019.58 |
| C 09/14/12 | 003003 | Baldi Berg & Wallace, LLC 19 S. LaSalle St. #1500 Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,835.00 | 8,184.58 |
| C 09/14/12 | 003004 | FIA CARD SERVICES, N.A. BK of America NA USA and MBNA America BK NA PO Box 15102 Wilmington, DE 19886-5102 | Claim 000001, Payment 24.56842% | 7100-000 | | 1,724.30 | 6,460.28 |
| C 09/14/12 | 003005 | FIA CARD SERVICES, N.A. BK of America NA USA and MBNA America BK NA PO Box 15102 Wilmington, DE 19886-5102 | Claim 000002, Payment 24.56838% | 7100-000 | | 1,277.45 | 5,182.83 |
| | | | Page Subtotals | | 11,986.25 | 6,803.42 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

RUBIN, RAMON and MARIA RUBIN

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-26940 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | RUBIN, RAMON | Bank Name: | Congressional Bank |
| | RUBIN, MARIA | Account Number / CD #: | *******2707 Checking Account |
| Taxpayer ID No: | *******4701 | | |
| For Period Ending: | 12/12/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 09/14/12 | 003006 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 24.56716% | 7100-000 | | 121.32 | 5,061.51 |
| C 09/14/12 | 003007 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 24.56835% | 7100-000 | | 5,061.51 | 0.00 |

* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

|  | | |
|---|---|---|
| COLUMN TOTALS | 11,986.25 | 11,986.25 | 0.00 |
| Less: Bank Transfers/CD's | 11,986.25 | 0.00 | |
| Subtotal | 0.00 | 11,986.25 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 11,986.25 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4345 | 15,000.18 | 13.93 | 0.00 |
| Checking Account - ********4358 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********2707 | 0.00 | 11,986.25 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,000.18 | 12,000.18 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          5,182.83

Ver: 16.05c

LFORM24

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2 - RAMON & MARIA RUBIN

| Case No: | 11-26940 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | RUBIN, RAMON | | Bank Name: | Congressional Bank |
| | RUBIN, MARIA | | Account Number / CD #: | *******2707  Checking Account |
| Taxpayer ID No: | *******4701 | | | |
| For Period Ending: | 12/12/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*